# In the United States Court of Federal Claims

No. 05-1369 C

(Filed February 22, 2006)

* * * * * * * * * * * * * * * * * * * * * *
SHADOW OAKS, LTD., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On February 22, 2005, the parties filed a Joint Motion for a Stay of Proceedings. On December 23, 2006, the subject matter was assigned to this court's ADR pilot procedures. The parties now request that the court stay the subject matter to allow them to engage in fruitful ADR activities. For good cause shown, it is hereby **ORDERED** that the parties' motion is **GRANTED**; and the proceedings in this case are **SUSPENDED** pending further order of the court. The parties are instructed to inform the court at the conclusion of ADR proceedings whether an amicable resolution has been reached.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE